IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Daryl Vasconcellos,<br><br>Plaintiff,<br><br>v.<br><br>Berkeley County,<br><br>Defendant. | Civil Action No. 2:26-cv-2957-BHH<br><br>**ORDER** |

This matter is before the Court upon Plaintiff Daryl Vasconcellos' ("Plaintiff") *pro se* letter, which was docketed as a complaint on July 26, 2026. (ECF No. 1.) In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B), D.S.C., the matter was referred to a United States Magistrate Judge for preliminary review.

On August 11, 2026, the Magistrate Judge issued a proper form order directing Plaintiff to take certain actions by September 1, 2026, to bring his case into proper form. (ECF No. 6.) After the Magistrate Judge issued the proper form order, Plaintiff filed a letter on August 17, 2026, that was returned to him for a signature. (ECF Nos. 8, 9.) Plaintiff completed, signed, and returned Form AO240 on August 24, 2026, and subsequently returned a signed copy of the letter he submitted on August 17. (ECF Nos. 11, 12.) Plaintiff did not, however, fully comply with the Magistrate Judge's proper form order by filing a complaint form, a proposed summons, or Forms USM-285.

Accordingly, on September 11, 2026, the Magistrate Judge issued a report and recommendation ("Report"), outlining the issues and recommending that the Court summarily dismiss this action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a court order. (ECF No. 17.) Attached to the

Magistrate Judge's Report was a notice advising Plaintiff of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, the Court has reviewed the record and the findings of the Magistrate Judge for clear error. After review, the Court finds no clear error and agrees with the Magistrate Judge's analysis. **Accordingly, the Court adopts and incorporates the Magistrate Judge's Report (ECF No. 17), and the Court dismisses this action without prejudice in accordance with Rule 41(b) of the Federal Rules of Civil Procedure based on Plaintiff's failure to comply with the proper form order.**

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

October 15, 2026
Charleston, South Carolina